determination must be based upon facts. We are of the opinion that the evidence is not sufficient to establish worthlessness. The debts appear to have been charged off because a lawyer thought that collection thereof was doubtful, but the facts to justify such opinion are not before us. The only evidence before us as to the debt of the National Projector and Film Corporation is that counsel made an investigation, the nature of which is not disclosed by the evidence, which led him to believe the debtor insolvent and collection doubtful. There is no evidence that taxpayer had any information as to the assets of the debtor or as to whether the account would or would not be paid.

As to the debt of the Cathedral Phonograph Co., it appears that after the composition agreement extending the time of payment and the execution of the promissory note by the debtor the credit manager of the taxpayer consulted counsel as to the collection of its claim. After making inquiry relative to the phonograph business in Chicago counsel for taxpayer "was very skeptical as to whether or not anything could ever be realized from the phonographs placed in storage as collateral and that chances of realizing on this account were so slim that, as a matter of practical experience in this line, it would be better to write the debt off." No investigation was made at or prior to the time the account was charged off to ascertain the nature or value of the entire assets of the Cathedral Phonograph Co. The taxpayer charged off the account because collection in the opinion of its attorney was doubtful rather than upon facts which established its worthlessness.

---

Appeal of **CHAMPION-INTERNA-**                    **Docket No. 1263.**
                    **TIONAL COMPANY.**

Submitted January 24, 1925; decided January 31, 1925.

Oliver Wellington, C. P. A., for the taxpayer.

J. A. Adams, Esq. (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, TRAMMELL, and TRUSSELL.

This appeal is based on the Commissioner's deficiency letter dated October 30, 1924, asserting a deficiency in income tax of $344.07 for the year 1918. The proposed additional assessment results from the inclusion by the Commissioner of $3,195.55, received from interest on liberty bonds, in the taxpayer's gross income for the year 1918.

The Commissioner's answer filed with the Board admits that the Commissioner improperly included the item of $3,195.55 received as interest on liberty bonds in computing the taxable income for 1918 and states that no deficiency in tax exists for that year.

DECISION.

The deficiency in tax in the amount of $344.07, originally determined by the Commissioner, is disallowed.